```
                    UNITED STATES DISTRICT COURT
                              for the
                       DISTRICT OF NEW JERSEY
```

------------------------------X
**RLR INVESTMENTS, LLC,**

                                        Civ. 07-3648

                                  ORDER OF REASSIGNMENT

      vs.

**TOWN OF KEARNY, et al.,**
------------------------------X


      It is on this 3rd day of October, 2007,

      O R D E R E D that the above entitled action is reassigned from Judge Faith S. Hochberg to Judge Dennis M. Cavanaugh.


                                          _s/Garrett E. Brown, Jr.___
                                       GARRETT E. BROWN, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT